UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STACY L. BOUDREAUX**                                        **CIVIL ACTION**

**VERSUS**                                                    **NO. 22-2345**

**BP EXPLORATION & PRODUCTION, INC.,**                        **SECTION "B"(1)**
**ET AL.**

## ORDER AND REASONS

Considering the Court's previous order (Rec. Doc. 20),

On May 17, 2023, counsel for plaintiff Stacy L. Boudreaux filed a motion to withdraw from the above captioned matter. Rec. Doc. 19. The Court granted the motion and withdrew L. Eric Williams, Jr. (La. Bar No. 26773) and Keith E. Patton from the instant matter. Rec. Doc. 20.[1] Moreover, the Court also ordered "**that no later than June 19, 2023** plaintiff Stacy L. Boudreaux shall enroll new counsel to represent her or file written notice by the latter date that she intends to proceed *pro se* without counsel in this action; notice should be sent to the Clerk of Court, 500 Poydras St., New Orleans, LA 70130." *Id.* at 1-2. Finally, the Court cautioned "Failure to timely comply with this order, other court ordered deadlines, and failure to timely review the Clerk of Court record in this action might lead to dismissal of complaint." *Id.* To date, plaintiff has neither enrolled new

---

[1] The Court withdrew counsel for plaintiff based upon the representation that plaintiff was notified about the status of the case, was sent a copy of the scheduling order, and was further notified of all deadlines and pending court appearances. Rec. Doc. 19 at 1-2.

1

counsel to represent her nor filed written notice that she intends to proceed pro se without counsel in this action.

Nevertheless, the Court will provide plaintiff with one final opportunity to comply with the Court's order. Binding Fifth Circuit Court of Appeals authority provides: "It is well-established that pro se complaints are held to less stringent standards." *Taylor v. Books A Million, Inc.*, 296 F.3d 376, 378 (5th Cir. 2002) (internal citations omitted).[2] Accordingly,

**IT IS ORDERED** that **no later than Friday, July 7, 2023,** plaintiff Stacy L. Boudreaux shall either enroll new counsel to represent her or file written notice by the latter date that she intends to proceed *pro se* without counsel in this action; notice should be sent to the Clerk of Court, 500 Poydras St., New Orleans, LA 70130. **Failure to timely comply with this order, other Court ordered deadlines, and failure to timely review the Clerk of Court**

---

[2] Other Federal district courts within the Fifth Circuit have similarly clarified: "*pro se* litigants should be extended some leniency; however, a litigant's *pro se* status does not negate the duty to comply with general rules of litigation." *Nunn v. Dickerson*, No. 1:22-CV-34-SA-DAS, 2022 WL 3271074, at *2 (N.D. Miss. Aug. 10, 2022); *see also Amos v. Cain*, No. 4:20-CV-30-SA-JMV, 2022 WL 610344, at *3 (N.D. Miss. Mar. 1, 2022) (This Court is cognizant that leniency should be extended to *pro se* litigants . . . However, the Court cannot excuse the *Pro Se* Plaintiffs' failure to comply with the most fundamental requests, **such as affirmatively indicating their intent to proceed with their claims**.") (emphasis added).

**record in this action will lead to dismissal of complaint without prejudice.**

New Orleans, Louisiana this 23rd day of June, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE